IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TAMRA HICKS,

Plaintiff,

v.

BAYER CORPORATION, et al.,

Defendants.                                                      No. 09-0602-DRH

### ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Plaintiff's motion to consolidate instant action for purposes of discovery with companion case (Doc. 6). Specifically, Plaintiff moves to consolidate the discovery with ***Hill v. Bayer Corp., et al.,* 09-0567-DRH**. Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONSOLIDATES** this matter with ***Hill v. Bayer Corp. et al.*, 09-0567-DRH** for only discovery purposes.

**IT IS SO ORDERED.**

Signed this 4th day of September, 2009.

/s/   *DavidRHerndon*
**Chief Judge
United States District Court**